**Motion Granted; Order filed June 6, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00353-CV
_____

### DREXEL CORPORATION, Appellant

### V.

### EDGEWOOD DEVELOPMENT, LTD, Appellee

**On Appeal from the 133rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-21997**

## ORDER

On May 22, 2013, appellant, Drexel Corporation, filed an emergency motion for stay of discovery pending disposition of its application for interlocutory appeal. The motion is granted.

We therefore ORDER that discovery in this case is stayed in trial court cause number 2012-21997, styled *Edgewood Development, Ltd. v. Drexel Corporation*.

Such discovery is stayed until final decision by this court of appellant's interlocutory appeal.


PER CURIAM